1  Donald J. Kula, Bar No. 144342
   DKula@perkinscoie.com
2  Javier F. Garcia, Bar No. 296846
   JGarcia@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, California 90067-1721
   Telephone: +1.310.788.9900
5  Facsimile:  +1.310.788.3399

6  Attorneys for Plaintiff and
   Counter-Defendant
7  ROBERT PERKINS; Counter-Defendants ALAN KIRK
   and NORTHSTAR DESIGN GROUP, LLC
8

9                UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| ROBERT PERKINS, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT CARLSON, an individual; WILLIAM BETTENCOURT, an individual; DAVID TANNER, an individual; and ARBOR SNOWBOARDS, INC., a California corporation, <br><br> Defendants. | Case No. 2:23-cv-02283-KK-MAAx <br><br> **ORDER GRANTING THE REQUEST FOR DISMISSAL WITH PREJUDICE** <br><br> District Judge Kenly Kiya Kato |
| ROBERT CARLSON, an individual; WILLIAM BETTENCOURT, an individual; DAVID TANNER, an individual; and ARBOR SNOWBOARDS, INC., a California corporation, , <br><br> Counter-Claimants, <br><br> v. <br><br> ROBERT PERKINS, an individual; ALAN KIRK, an individual; and NORTHSTAR DESIGN GROUP, LLC, a Washington limited liability company, <br><br> Counter-Defendants. | |

# ORDER

Having considered the Request for Dismissal With Prejudice and Order filed by ROBERT PERKINS ("Plaintiff") and Counter-Defendants ALAN KIRK and NORTHSTAR DESIGN GROUP, LLC (together, the "Counter-Defendants") and Defendants and Counter-Claimants, Robert Carlson, William Bettencourt, David Tanner and Arbor Snowboards, Inc. ("Counter-Claimants") (collectively, the "Parties"), the Parties' Request for Dismissal With Prejudice is GRANTED.

Pursuant to the Settlement Agreement and the Request of Plaintiff and the Counter-Claimants, it is hereby ORDERED that:

1. The Complaint action and all claims and defendants are hereby dismissed with prejudice;
2. The Counter-Claims and all Counter-Defendants are hereby dismissed with prejudice;
3. The Court will retain jurisdiction over the action for the sole purpose of enforcing the terms of the Agreement, which enforcement may be sought by any party to the Agreement by filing a Noticed Motion pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

**IT IS SO ORDERED.**

DATED: \_\_\_\_\_June 20\_\_, 2024

_____
Honorable Kenly Kiya Kato
United States District Judge